UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARROD C. STEWART, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-25-1127-J |
| ) | |
| S&W SEED COMPANY, a Nevada ) | |
| corporation, and WARNER SEEDS, INC., a ) | |
| Texas corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 26, 2025, Plaintiffs filed this case against Defendants. On October 8, 2025, Plaintiffs filed proofs of service. There has been no activity in this case since the filing of the proofs of service. The Court hereby DIRECTS Plaintiff to advise the Court as to the status of this case. Said advisement shall be filed on or before November 14, 2025.

IT IS SO ORDERED this 5th day of November, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE