IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARROD C. STEWART, an individual, ) <br> JOHNNIE B. STEWART, an individual, ) <br> ANDREW J. HINEMAN, an individual, ) <br> DONALD J. HINEMAN, an individual, and ) <br> THOMAS J. WEHKAMP, an individual, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> S&W SEED COMPANY, a Nevada corporation, ) <br> And WARNER SEEDS, INC., a Texas ) <br> corporation. ) <br> ) <br>     Defendants. ) | Case No. 5:25-cv-01127-J |

**MOTION FOR ENTRY OF DEFAULT BY THE COURT CLERK**

Pursuant to Federal Rules of Civil Procedure 55(a), Plaintiffs, Jarrod C. Stewart, Johnnie B. Stewart, Thomas J. Wehkamp, Andrew J. Hineman, and Donald J. Hineman (collectively, "Plaintiffs") respectfully request the Court Clerk for Entry of Default against Defendants, S&W Seed Company ("S&W") and Warner Seeds, Inc. ("Warner Seeds") (collectively, "Defendants"), for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, in an amount in excess of $8,000,000.00 to be determined upon the filing of an application with the Court. In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed this account with the United States District Court for the Western District of Oklahoma on September 26, 2025. Summons were duly issued by the Clerk of this Court on September 29, 2025.

2. As evidenced by the return of service filed with this Court on October 8, 2025 [Doc. 4] Defendant S&W was served with the summons on October 2, 2025. The time for S&W to answer or otherwise respond to the Complaint expired on October 23, 2025. S&W has not filed an answer or responsive pleading. S&W is not a minor or incompetent person. S&W is not a natural person within the meaning of the Servicemembers Civil Relief Act of 2003, and that no further direction or action has been ordered by this Court.

3. As evidenced by the return of service filed with this Court on October 8, 2025 [Doc. 5] Defendant Warner Seeds was served with the summons on October 7, 2025. The time for Warner Seeds to answer or otherwise respond to the Complaint expired on October 28, 2025. Warner Seeds has not filed an answer or responsive pleading. Warner Seeds is not a minor or incompetent person. Warner Seeds is not a natural person within the meaning of the Servicemembers Civil Relief Act of 2003, and that no further direction or action has been ordered by this Court.

4. The Affidavit of Plaintiffs' Counsel, Zachary A. Carson, is attached hereto in support of this request.

Dated this 21st day of November 2025.

                Respectfully Submitted,

                *s/ Zachary A. Carson*
                Juston R. Givens, OBA No. 19102
                Zachary A. Carson, OBA No. 34312
                PERRI DUNN, PLLC.
                BancFirst Tower, Suite 3280
                100 N. Broadway Ave.
                Oklahoma City, OK 73102
                Telephone: (405) 724-8543
                jrgivens@perridunn.com
                zacarson@perridunn.com
                ***Attorneys for Plaintiffs***