UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARROD C. STEWART, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-25-1127-J |
| S&W SEED COMPANY, a Nevada corporation, and WARNER SEEDS, INC., a Texas corporation, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiffs' Motion for Entry of Default by the Court Clerk [Doc. No. 9]. Defendant Warner Seeds, Inc. has filed a response, and Plaintiffs have filed no reply. Having reviewed the parties' submissions, as well as the proofs of service and the records of the Texas Secretary of State and the Nevada Secretary of State, the Court concludes that neither defendant has been properly served. Accordingly, the Court DENIES Plaintiffs' Motion for Entry of Default by the Court Clerk [Doc. No. 9].

IT IS SO ORDERED this 3rd day of December, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE